# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD BEVILACQUA,** | : |
| **Plaintiff,** | : |
| v. | : CIVIL ACTION NO. 15-6228 |
| **CAROLYN W. COLVIN,** <br> **Acting Commissioner of Social** <br> **Security Administration** | : |
| **Defendant.** | : |

## O R D E R

**AND NOW**, this 18th day of April, 2017, upon consideration of the well-reasoned Report and Recommendation of United States Magistrate Judge Thomas J. Rueter (Doc. No. 18), and there having been no objections to the Report and Recommendation, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (Doc. No. 18) is **APPROVED** and **ADOPTED**.

2. Plaintiff's request for review is **GRANTED**, and the decision of the Commissioner of the Social Security Administration is **REVERSED** to the extent that the matter is **REMADED** to the Commissioner under sentence four (4) of 42 U.S.C. § 405(g) for further proceedings consistent with United States Magistrate Judge Thomas J. Rueter's Report and Recommendation.

3. Judgment is entered in favor of the plaintiff, reversing the decision of the Commissioner for the purpose of this remand only.

4. This case is **CLOSED** for statistical purposes.

                                           BY THE COURT

                                           */s/ Lawrence F. Stengel*
                                           LAWRENCE F. STENGEL, J.